UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RONALD L. LANE and VANESSA R. LANE,

    Plaintiffs,

v.                                Case No. 6:13-cv-259-Orl-36TBS

GUARANTY BANK, BAC HOME LOANS
SERVICING, L.P. and any and all unknown
parties, etc.,

    Defendants.

## ORDER

Pending before the Court are Plaintiffs' Motion to Strike and Objection to Defendant's Notice of Filing of Supplemental Authority (Doc. 60) and Plaintiff's Motion to Strike Mediation Disposition Report (Doc. 61). Both motions are DENIED. First, neither motion complies with M.D. Fla. Rule 3.01(g). Second, the decision by the Eleventh Circuit Court of Appeals in Case No. 6:13-cv-85-18DAB is relevant to this controversy and therefore, appropriately brought to the Court's attention. Third, the filing by the mediator of his Mediation Disposition Report is equally appropriate.

DONE AND ORDERED in Orlando, Florida, on January 21, 2014.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies to:
    Plaintiffs pro se
    All Counsel